ERIC GRANT
United States Attorney
NICHOLAS KARP
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D.L.R.S., <br><br> Petitioner, <br><br> v. <br><br> WARDEN OF THE GOLDEN STATE ANNEX DETENTION CENTER OPERATED BY GEO GROUP, et. al, <br><br> Respondents. | CASE NO. 1:25-cv-2055 TLN AC <br><br> JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR BRIEFING SCHEDULE FOR RESPONDENTS' ANSWER TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED, PETITIONER'S RESPONSE, AND RESPONDENTS' REPLY <br><br> COURT: Hon. Allison Claire |

**JOINT PROPOSED BRIEFING SCHEDULE**

Respondents, by and through their counsel of record, and Petitioner, by and through Petitioner's counsel of record, have conferred in accordance with the Court's Order, ECF 12. The parties hereby propose the following briefing schedule in accordance with the Court's Order, ECF 12:

1. Respondents' Answer to show cause why the writ should not be granted is due March 27, 2026;

2. Petitioner's Response is due April 10, 2026;

3. Respondents' Reply is due April 17, 2026.

IT IS SO STIPULATED.

STIPULATION AND ORDER FOR BRIEFING SCHEDULE       1

Dated:  January 16, 2026

ERIC GRANT
United States Attorney

/s/ NICHOLAS KARP
NICHOLAS KARP
Assistant United States Attorney

Dated:  January 16, 2026

/s/ MARIO SALGADO
MARIO SALGADO
Counsel for Petitioner
KEVIN D.L.R.S

## [PROPOSED] ORDER

Having reviewed the parties' stipulation and proposed briefing schedule,

IT IS HEREBY ORDERED that the Respondents' Answer to show cause why the writ should not be granted is due March 27, 2026. Petitioner's Response is due April 10, 2026. Respondents' Reply is due April 17, 2026.

DATED: January 20, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE